# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office antiv reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20246A01 | Stephania Pauni | First Search Order - Premises | Floor | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 20246A02 | Natalia Vereninkina | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 6C75282 | Sandisk | SSD | 154770401317 | 240.00 | 2018/06/28 |
| 20246A03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 20246A04 | Utkur Tagieva | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934400295 | 240.00 | 2018/06/28 |
| 20246A05 | Sandesh Dhemre | First Search Order - Premises | Floor | Desktop | E1YPC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| 20246A06 | Sandesh Dhemre | First Search Order - Premises | Floor | Desktop | N/A | Dell | Optiplex 7040 | N/A | Teta | ProductCode | 50713350249313?547 | 8.00 | 2018/06/28 |
| 20246A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YPC01 | Dell | Optiplex 7040 | 68?5282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 20246A08 | Claudia | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EA9DC0?71444?3H 12M | Seagate | ST500LM000-1EJ1 | W790T76 | 500.00 | 2018/06/28 |
| 20246A09 | Nagris (Intern) | First Search Order - Premises | Floor | Drive/key | EQU-MAG1 | Apple | iMac All in one | C02YJ18S6G?N | Apple | SSD | S0P8NY6J664490 | 2000.00 | 2018/06/28 |
| 20246A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAG5 | Apple | Macbook Pro | C02T329GGT?A | Apple | SSD | C02701302NAHCGX18 | 1000.00 | 2018/06/28 |
| 20246A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA75KP | 1000.00 | 2018/06/28 |
| 20246A12 | GMaire Majundale | First Search Order - Premises | Floor | Desktop | EQU-MAG4 | Apple | iMAC All in one | C02QW0CG6G?N | Apple | SSD | S0P8NHCJ635225 | 2000.00 | 2018/06/28 |
| 20246A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YPC12 | Dell | Optiplex 7040 | H8?5282 | Sandisk | SSD | 25460740610 | 240.00 | 2018/06/28 |
| 20246A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 20246A15 | Maria Fernandes | First Search Order - Premises | Center office | Desktop | E1YPC07 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 20246A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Laptop | EU7803 / E1YLPT22 | Apple | iPhone 7 Plus | C02LG41KB?5?34 12M | Apple | HGST | S0D005006G?2PF | 1000.00 | 2018/06/28 |
| 20246A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7s | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 20246A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 20246A19 | Maria Marchionska | First Search Order - Premises | Floor | Mobile | EQU-D10 | Apple | Optiplex 7040 | 7075282 | Sandisk | SSD | 154608404269 | 240.00 | 2018/06/28 |
| 20246A20 | Natalia Vereninkina | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT50? G2 | 98AFDAE18E09 | 16.00 | 2018/06/28 |
| 20246A21 | Puja Tiwari | First Search Order - Premises | HR Room | Desktop | EQU-MAG3 | Apple | iMAC All in one | C02QC2CG6G?N | Apple | SSD | S0P8NY6J833710 | 2000.00 | 2018/06/28 |
| 20246A22 | Ucha Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC07 | Dell | Optiplex 7040 | 4875282 | Sandisk | SSD | 154773402403 | 240.00 | 2018/07/02 |
| 20246A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC11 | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| 20246A24 | Wail Anwar | First Search Order - Premises | Floor | Laptop | E1YLPT11 | Sony | VAIO / SVP1321A1CM | 8G75282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 20246A25 | Natalia Vereninkina | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVP1321A1CM | 5462603B-0003061 / Service | N/A | SSD | 531YWA0N23861 | 120.00 | 2018/06/28 |
| 20246A26 | Matylda | First Search Order - Premises | Floor | Dongles | EQU-MAC1 | Apple | N/A | N/A | Apple | N/A | N/A | N/A | 2018/06/28 |
| 20246A27 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | iMac All in one | C02QW2UR6G?N | Apple | SSD | S0P8NY6J873008 | 2000.00 | 2018/07/01; 2018/07/03 |
| 20246A28 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC Mini | C07H71A8D001 | Hitachi / App | HDD | J2605X1HHZP1C | 500.00 | 2018/07/01 |
| 20246A29 | Matylda | First Search Order - Premises | Storage Cab | Desktop | N/A | Apple | MAC Mini | C07G7L93701?1 | Toshiba / App | HDD | 1230Y6YZT | 500.00 | 2018/07/01 |
| 20246A30 | Unknown | First Search Order - Premises | Storage Cab | DVD | N/A | Apple | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 20246A31 | Unknown | First Search Order - Premises | Storage Cab | Laptop | E1YLPT02 | Asus | UX305L | EA9DC01??0203439 12M | Seagate | ST500LM000-1EJ1 | W790GW0C | 500.00 | 2018/07/01 |
| 20246A32 | Unknown | First Search Order - Premises | Storage Cab | Laptop | E1YLPT08 | Asus | UX305L | C0XDE14B8D02LE 12M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 20246A33 | Natalia Vereninkina | First Search Order - Premises | Floor | Laptop | E1YLPT06 | Asus | Macbook Pro - A1707 | C02VZL2K?7M | N/A | N/A | SM951z12L | 500.00 | 2018/07/02 |
| 20246A34 | Unknown | First Search Order - Premises / UKI | - | Office 365 | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 20246A35 | Unknown | First Search Order - Premises / UKI | - | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 20246A36 | Sanjay Shah | First Search Order - Premises / UKI | - | Office 365 | carhol@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 20246A37 | Unknown | First Search Order - Premises / UKI | - | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 20246A38 | Sandesh Dhemre | First Search Order - Premises / UKI | - | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 20246A39 | Ucha Shah | First Search Order - Premises / UKI | - | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 20246A40 | Sandesh Dhemre | First Search Order - Premises / UKI | - | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 20246A41 | Rashmi / Yothla / Mal | First Search Order - Premises / UKI | - | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 20246A42 | Sanjay Shah | First Search Order - Premises / UKI | - | Office 365 | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/02 |
| 20246A43 | Unknown | First Search Order - Premises / UKI | - | Office 365 | it@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| 20246A43 | Unknown | First Search Order - Premises / UKI | - | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 20246A43 | Stephania Pauni / UKI | First Search Order - Premises / UKI | - | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 20246A43 | Wail Anwar | First Search Order - Premises / UKI | Floor | Laptop | od@elysiumglobal.com | Asus | UX305L | F190CX1SSS0050SA 12M | HGST | HDD | S0A000SSG9NT8K | 1000.00 | 2018/07/02 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/10 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 20246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D9246A43 | Multiple | First Search Order - Premises | . | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D9246A44 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | WXE1E551C5U5 | 1000.00 | 2018/08/14 |
| D9246A45 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | WXB1A75EZKU | 1000.00 | 2018/08/17 |
| D9246A46 | Unknown | | | External HDD | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | WXF1E6528047 | 3000.00 | (2018/07/17 Failed) |
| D9246A47 | Unknown | First Search Order - Premises | | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig My Passport Ultra | WXD1E55OCP1E | 1000.00 | 2018/07/25 |
| D9246A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D9246A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D9246A48 | Usha Shah | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D9246A48 | Sandesh Dhomne | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D9246A48 | Wail Anwar | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D9246A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D9246A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D9246A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D9246A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D9246A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D9246A48 | Unknown_HR | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D9246A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D9246A48 | Unknown_OO | Remote Server Collection | | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D9246A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D9246A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D9246A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D9246A49 | Sandesh Dhomne | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| D9246A49 | Wail Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D9246A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D9246A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 2.07 | 2018/09/25 |
| D9246A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D9246A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D9246A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D9246A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/09/25 |
| D9246A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D9246A49 | Unknown_OO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D9246001 | Philip Purwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D9246002 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VMs content | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D9246V01 | Multiple | Remote Server Collection | | DocICab DMS | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D9246V02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D9246V03 | Multiple | Remote Server Collection | | Sage Server (ely-sageseve.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D9246V04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**