# Exhibit 55

| | |
|---|---|
| **From:** | Rosenberg, Todd <TRosenberg@crowell.com> |
| **To:** | 'Richard Markowitz' |
| **CC:** | Brewer, Bryan; Bloomberg, Noah |
| **Sent:** | 9/15/2010 12:03:38 AM |
| **Subject:** | Equity Arbitrage Transaction Agreement |
| **Attachments:** | 13188245_Equity Arbitrage Transaction Agreement.DOC |

Rich,

Attached is a revised draft of the Equity Arbitrage Transaction Agreement we have prepared on behalf of Argre.  Please let me know if you have any further questions or comments on the draft.

**Todd D. Rosenberg, Esq.**
Crowell & Moring LLP

1001 Pennsylvania Avenue, N.W.

Washington, D.C. 20004

Phone: 202-624-2689

Fax: 202-628-5116

Email: trosenberg@crowell.com

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated recipient is unauthorized. If you are not an intended recipient, please contact the sender at 202/624-2500 and delete this e-mail.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER