# Exhibit 143

| | |
|---|---|
| From: | John H. van Merkensteijn, III <jhvm@argremgt.com> on behalf of John H. van Merkensteijn, III <jhvm@argremgt.com> |
| To: | Stephanie Furr |
| Sent: | 5/12/2014 4:54:17 PM |
| Subject: | Fwd: Letter of advice |
| Attachments: | ATT00001.htm; Ltr. to AEF 2014-2 (2).doc |

Print

John H. Van Merkensteijn III
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY. 10019
Phone (212) 247-2600
Fax (212) 247-2753
jhvm@argremgt.com

Begin forwarded message:

**From:** Jérôme LHOTE <jlhote@maplept.com>
**Date:** May 12, 2014 at 11:38:08 AM EDT
**To:** "John H. van Merkensteijn, III" <jhvm@argremgt.com>
**Cc:** Matthew Stein <mstein@maplept.com>
**Subject: FW: Letter of advice**

fyi.

Jerome

---

**From:** West, M. Holland [mailto:Holland.West@dechert.com]
**Sent:** Thursday, February 27, 2014 10:53 AM
**To:** Matthew Stein; Jérôme LHOTE
**Cc:** Levin, Caroline; Tuttle, William; Dunn, Daniel
**Subject:** Letter of advice

Dear Matt and Jérôme:

As promised during our recent meeting, attached is a draft letter that we're prepared to finalize and send to you. However before we do so, please confirm to us the facts stated therein which you have given to us, as well as confirm to us that we have covered the discrete matters mutually agreed upon.

Additionally, we acknowledge and confirm that you informed us that you are receiving and relying upon advice from other legal, tax, and pension counsel and experts on all aspects of the subject transactions other than the specific, limited ones expressly addressed in our letter.

Contact Caroline or me with questions.

Holland

---

M. Holland West
Partner
Dechert LLP
1095 Avenue of the Americas (@ 42nd Street)
New York, NY 10036-6797
+ 1 212 698 3527 Direct
+ 1 212 698 0453 Fax
+ 1 212 698 3500 Main
+ 1 919 619 2285 Mobile
holland.west@dechert.com
www.dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

**CONFIDENTIAL**      PRIVILEGED - SUBJECT TO 502(d) ORDER     GUNDERSON 00010015