# Exhibit 147

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                   CASE NO. 18-CV-09797
 3
     _____
 4                                       )
     IN RE:                              )
 5                                       )
     CUSTOMS AND TAX ADMINISTRATION OF   )
 6   THE KINGDOM OF DENMARK              )
     (SKATTEFORVALTNINGEN) TAX REFUND    )
 7   SCHEME LITIGATION                   )
                                         )
 8   _____)

 9

10

11

12            C O N F I D E N T I A L

13

14

15      REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                   KATHLEEN WECHTER

18

19              DATE: November 22, 2021

20

21

22

23

24

25         REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 15

```
 1      A    Yes.
 2           At the Kaye Scholer firm, I have
 3   held the position of counsel.
 4      Q    And are you still practicing at the
 5   Arnold & Porter Kaye Scholer firm?
 6      A    Yes, I'm still practicing with the
 7   Arnold & Porter Kaye Scholer firm.
 8      Q    And can you please describe for us
 9   the nature of your -- of your practice at
10   that firm, from May of 2012?
11      A    I worked in the area of employee
12   benefits and executive compensation, which is
13   a part of the Tax Department at Arnold &
14   Porter Kaye Scholer.
15           So I work with different areas of
16   compensation, retirement planning, employee
17   benefits.
18      Q    And who -- who are the main -- the
19   principal partners with whom you've worked
20   since May of 2012?
21      A    Are you asking about in the
22   employee benefits subgroup, as it were, or in
23   general?
24      Q    Let me ask you in -- in general.
25      A    In general at the firm?
```

1      Q    Do you recall that the structures
2    involved the use of qualified plans?
3           MR. DULBERG:  Objection to the
4       form.
5           For the record, this is Drew
6       Dulberg on behalf of -- from Wilmer Hale
7       on behalf of Mr. Markowitz.
8      A    Can you repeat the question,
9    please?
10     Q    Do you recall that the ex-dividend
11   matter involved using qualified plans?
12          MR. DULBERG:  Same objection.
13     A    I recall that there were issues
14   related to the use of pension and retirement
15   plans, which was the reason -- the reason for
16   my specific involvement on specific
17   retirement and pension plan issues.
18     Q    And do you recall that the plans
19   were going to be purchasing foreign shares?
20     A    I don't recall the details of the
21   transactions.
22     Q    Do you recall any details of the
23   transactions?
24     A    At this point, since it was almost
25   nine or ten years ago, I don't remember